UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE ROBERTSON, on behalf of herself and all other persons similarly situated,

                Plaintiffs,

-against-

DOUBLE D RANCHWEAR, INC.,

                Defendant.

23-CV-9430 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **April 19, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: March 29, 2024
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge