

**THE LAW OFFICE OF**
# NOOR A. SAAB

380 N. Broadway, Ste 300
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email:  NoorASaabLaw@gmail.com

Noor A. Saab, Esq.*
-----------
* Admitted in New York

QUEENS OFFICE
148-02 Hillside Ave
Jamaica, New York 11435

May 30, 2024

**BY ECF**
Honorable Judge Jessica G. L. Clarke
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:  *Jasmine Robertson v. Double D. Ranchwear, Inc.*
     Case No.: 1:23-cv-09430-JGLC

Honorable Judge Jessica G. L. Clarke:

Plaintiff submits this letter-motion respectfully requesting to stay all proceedings in this case, because the Plaintiff in this case has deceased.

The Complaint in this case was filed on Oct. 26, 2023 (ECF No. 1). The time to serve the Defendant was extended to Feb. 25, 2024 (ECF No. 8). A waiver of service was filed on Feb. 20, 2024 (ECF No. 9). The case was settled in principal and Notice of Settlement was filed on Apr. 1, 2024 (ECF No. 11) and a conditional Order of dismissal without prejudice was issued on Apr. 2, 2024 (ECF No. 12).

Sadly, the undersigned, counsel for the Plaintiff was notified by way of Plaintiff's sister, Ailya Robertson, that Plaintiff has passed away. I am respectfully requesting from the Court to stay all proceedings in this case for a period of ninety (90) days to permit time to the decedent's successor or representative to make a motion for substitution, pursuant to Fed. R. Civ. P. 25(a). This is the first time Plaintiff's attorney seeks the relief requested, herein.

The undersigned wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

  /s/ Noor A. Saab, Esq.
   Noor A. Saab, Esq.
*Attorney for the Plaintiff*

**Application DENIED.** The Court sends its sympathies to counsel and Ms. Robertson's family. Because this case is closed, there is no proceeding to stay. If counsel is instead requesting an extension of the deadline to reopen this matter, counsel should file a letter seeking that relief. Any submission must include an update on the status of the parties' efforts to finalize the settlement and an explanation of why an extension is needed. The Clerk of Court is directed to terminate ECF No. 13.

**SO ORDERED.**

*Jessica Clarke* (signature)

JESSICA G. L. CLARKE
United States District Judge
Dated: May 31, 2024
New York, New York